JOHN H. BRINK BAR NO. 28018
KATHRYN E. VAN HOUTEN BAR NO. 143402
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone:  (818) 242-6859
Facsimile:  (818) 240-7728

Attorneys for Plaintiff

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  CV 10-05133 DDP(VBKx) |
| Plaintiff, | ORDER GRANTING STIPULATION TO CONSENT JUDGMENT |
| v. | |
| ERNESTO A. BARRETO, | |
| Defendant. | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, ERNESTO A. BARRETO, in the total amount of  $62,688.34.

Dated: August 8, 2011

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

1